UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

      Plaintiff,

    v.

CHRISTOPHER DECOSTA,

      Defendant.

Case No. 2:25-cv-590-KCD-NPM

_____/

## **ORDER**

The Court entered two orders instructing Plaintiff to pay the filing fee or face dismissal. (Docs. 6, 26.) These deadlines passed without a filing fee. Ignoring the Court's orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Plaintiff was warned that failure to pay the filing fee would result in dismissal. (Doc. 26.) Accordingly, it is now **ORDERED**:

1.    Plaintiff's claims are dismissed without prejudice for failure to prosecute.

2.     The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on February 23, 2026.

Kyle C. Dudek
United States District Judge

2